IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MARTIN AXELROD, CONSERVATOR OF
THE ESTATE OF ALAN AXELROD,

    Plaintiff,

vs.                                                          Civ. No. 98-503 M/WWD

AFTRA HEALTH FUND, et al.,

    Defendants.

## MEMORANDUM OPINION AND ORDER

This matter comes before the Court upon Defendant AFTRA's Motion for Extension of Time to Respond to Plaintiff's First Set of Interrogatories and Request for Production [29]. The motion was filed and served on December 22, 1998, and the response to the motion was filed in the district court in Santa Fe on January 5, 1999. Obviously, by the time the matter is presented to me for a decision, the extension of time sought by Defendant AFTRA Health Fund is virtually accomplished. I note that the discovery in question was served on November 14, 1998. Also, I note that Plaintiff voluntarily granted certain extensions to Defendant AFTRA Health Fund. Because of the timing of the instant motion, I have little alternative but to grant it: however, under these circumstances, I am expecting meaningful responses, and I will not look kindly on attempts by movant to slow the process further.

**WHEREFORE,**

**IT IS ORDERED** that Defendant AFTRA Health Fund shall have until and including January 19, 1999, in which to make full and complete responses to Plaintiff's First Set of Interrogatories and Request for Production.

**IT IS FURTHER ORDERED** that a copy of the aforementioned discovery including responses be sent directly to the undersigned.

_____
UNITED STATES MAGISTRATE JUDGE